**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| PREMIER HOSPITALITY MANAGEMENT, INC., | § | |
| *Plaintiff,* | § | |
| | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 4:23-cv-412 |
| | § | JUDGE MAZZANT |
| NAVIGATORS SPECIALTY INSURANCE COMPANY, | § | |
| | § | |
| *Defendant.* | § | |

---

**ORDER**

---

Before the Court is the Parties' Joint Motion to Dismiss with Prejudice (the "Motion").

Having considered the Motion, the Court is of the opinion that the Motion should be and hereby

is **GRANTED**.  It is therefore,

**ORDERED** that the above-captioned lawsuit is dismissed with prejudice to refiling of

same.

**IT IS SO ORDERED.**

**SIGNED this 1st day of May, 2024.**


_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE